(March 28, 1951.)

∎

In the Matter of the Application of JAMES F. RYAN for Admission to Practice as an Attorney. (From the State of Iowa.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

∎

In the Matter of the Application of OLIVER L. STONE for Admission to Practice as an Attorney. (From the State of Louisiana.) — Application granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THIRD DEPARTMENT, MARCH, 1951.

(March 7, 1951.)

∎

RALPH FURST, Respondent, v. INA FURST, Appellant. HONEY C. R. FURST, Appellant, v. RALPH FURST, Respondent.— Application by the wife for counsel fees and printing disbursements in connection with the appeal taken from the order consolidating the above-entitled actions. It appears to this court that the Special Term should have passed upon the merits of the application. The motion on behalf of the wife for an allowance of counsel fees and printing disbursements is denied, without prejudice to a new application to be made to the Special Term of the Supreme Court. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.